# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRENCE GERRARD FORD,
Appellant,
vs.
JAMES DZURENDA, DIRECTOR,
Respondent.

No. 75060

FILED

MAR 2 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on December 12, 2017. The district court served notice of entry of that order on appellant on December 19, 2017. Appellant did not file the notice of appeal, however, until January 24, 2018, two days after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-11424

cc: Hon. James E. Wilson, District Judge
Terrence Gerrard Ford
Attorney General/Carson City
Carson City Clerk